# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MARYLAND

DEBORAH MORRIS  -  PRO SE　　　　　*
　　　　　　　　　　　　　　　　　*
　　　　　Plaintiff　　　　　　　　*
　　　　　　　　　　　　　　　　　*　　Civil Action No. MJM  25-CV-651
　　　　　V.　　　　　　　　　　　*
USDC- BALTIMORE　　　　　　　　*
'25 FEB 27 AM 10:01　　　　　　　*
DONALD TRUMP, IN HIS OFFICIAL　*　　**REQUEST EMERGENCY**
HIS OFFICIAL CAPACITY AS　　　　*　　**TEMPORARY RESTRAINING**
PRESIDENT OF THE UNITED STATES,　*　　**ORDER UNDER FEDERAL**
ELON MUSK, USDS ADMINISTRATOR,　*　　**RULE OF CIVIL PROCEDURE**
THE U.S. DOGE SERVICE TEMPORARY　*　　**65(B)**
ORGANIZATION and ITS ASSOCIATION - IN *
FACT, U.S. OFFICE OF MANAGEMENT AND *
BUDGET; MATTHEW J. VAETH, IN HIS　*
OFFICIAL CAPACITY AS ACTING DIRECTOR *
OF THE U.S. OFFICE OF MANAGEMENT　*
AND BUDGET; U.S. GENERAL SERVICES　*
ADMINISTRATION; STEPHEN EHIKIAN, IN *
HIS OFFICIAL CAPACITY AS ACTING　*
ADMINISTRATOR AND DEPUTY　　　*
ADMINISTRATOR OF THE GENERAL　*
SERVICES ADMINISTRATION,U.S.　　*
DEPARTMENT OF THE TREASURY;　　*
SCOTT BESSENT, IN HIS OFFICIAL　*
CAPACITY AS SECRETARY OF THE　　*
TREASURY; PATRICIA COLLINS IN HER　*
OFFICIAL CAPACITY AS TREASURER OF　*
THE U.S.　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　　*
　　　　　Defendants　　　　　　　*
　　　　　　　　　　　　　　　　　*



HD

Rcv'd by: _AR_

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF SOUGHT FOR VIOLATION OF MY CONSTITUTIONAL, BILL OF RIGHTS AND CIVIL RIGHTS

### INTRODUCTION

1.      This action seeks declaratory and injunctive relief and vacatur under the Ninth Amendment within the Constitution {Enumeration of certain rights}with respect to *the Establishment of a Temporary* Organization known as "the U.S. DOGE Service Temporary Organization" hereby referred as {USDS} implemented as of January 20, 2025 Presidential Executive Order.

2.      Plaintiff states because of this January 20, 2025 Presidential Executive Order(s) that brought to bear such inferior Service Temporary Organization as "the U.S. DOGE" with Elon Musk named a "special government employee" to President Trump  and Administrator of USDS has done so to exploit the everyday people.

3.      The Presidential Executive Order of January 20, 2025 creation of such USDS Temporary Organization {*all*} Association-In- Fact Agencies {Private Contractors }do sanction this Private Enterprise in conjunction with  President Trump propaganda efforts of corporate media have been very successful since taking office in January , particularly in convincing the public that "freedom" means unregulated corporate power. Also, economic relationships can seem impersonal, causing many Americans to believe that inequality is beyond human control.

4.      Civil rights movement created a framework for understanding the problems we face, as well as a means of addressing them. Average Person may not yet fully grasp the workings of economic exploitation. But, thanks to decades of civil rights struggles, nearly

everyone is familiar with the concepts of prejudice and discrimination. And that is the essence of America economically divided society: prejudice and discrimination against those who are not wealthy or of high social status. Civil Rights laws have proven effective against unequal treatment based on race, sex, religion, and national origin. But those Civil Rights laws have never been expanded to include legislation of 21th Century new era  laws to prohibit unequal treatment based on social class.

     5.     Classism has always existed in America ; there is a myth that America does not have an unjust system; every American can pull themselves up by their bootstraps in order to overcome obstacles and succeed, gaining reward for their own individual merit (called meritocracy ).

     a.     Classism is the belief in or support for a policy or idea that denies value, dignity, liberties, and opportunities to people based on their perceived membership in a socioeconomic group. The creation, implementation, and perpetuation of bigoted laws, policies, practices, and narratives serves to consolidate power in the hands of the ruling group…

     6.     Unfortunately America Legislators have become so Polarized Politically allowing much needed Constitutional legislative expansion left undone, that would includes Classism as class of prejudice and discrimination so that the protection of  such rights for Plaintiff and other Citizens may not be misinterpreted, thereby, without Rule of Law to go by implicitly places it under the treatment based only on race, sex, religion, and national origin.

     7.     President Trump has conspired with Republicans Legislators through legislation Covenants to seize power and destroy Democracy within America for the Personal benefit of the elites population in America.

     8.     This Plan began formulating when Defendant President Trump first took office in

2017. Prior to 2017 Defendant Musk had previously developed favorable Political Relations

along Exclusive Republican Party Lines that have allowed him to receive Government subsidies

helping Elon Musk to attain $13.3 billion net worth, therefore, giving him an open door

preferential treatment of lobbying for his own Private Interests within the Government Executive

regime. Musk subsidies were to support his Private Enterprise Private Businesses growth of

Automative Company, Social Media and Space Company.

9.      Musk's friendship with President Trump and his relationship within the

Republican Party during that course of time of President Trumps first term gave him the leverage

in developing business network relationships of elite individuals and companies.  This leverage

of favoritism has been used by President Trump and the Republican Party for Musk to be the

conduit between those elites to redact any and all legislation that would Protect the middle,

elderly, disabled and low class Americans citizens-the souls of America during this term of office

for both President Trump and the Republicans Party.

10.     Elon Musk as a "Special government employee" allegedly is serving in an

**ADVISORY** capacity to lend his expertise on a **TEMPORARY BASIS** that can only be 130

days during any one year. Musk'S SpaceX has recorded approximately $3.3 billion in

unclassified prime revenue over the last past 12 months, according to USASpending.gov.

11.     Federal ethics rules require Musk to recuse himself from any decisions that he

knows can effect his financial interests- But Musk has NOT done so.

12.     Thou National-security conflict of interest Musk's financial disclosure forms are

confidential, they still should appear in the database of the Federal Office of Government Ethics

as having filed this FORM 450 Financial Disclosure- these Documents are no where to be found. These disclosure forms require a wide range of information on assets and resources of income, including for his Spouse(s) and dependent children. Other required information includes liabilities, gifts and travel reimbursements.

13. Musk's SpaceX does business primarily with NASA and the Air Force, which have respectively have awarded the Company $1.7 billion dollars and $1.3 billion during the past 12 months. The Defense Information Systems Agency has awarded $199.2 million in obligations to SpaceX over that same time frame. No other Business or agency has ever had more than 0.01% of SpaceX's contract obligations in the history of Federal Government Procurement history.

14. Musk's Starlink satellite communications business, is a subsidiary of SpaceX-Starlink's revenue rolls up under SpaceX. The X Social Media Platform does not show significant federal revenue but still does generate federal dollars.

15. Pursuant to presidential direction, Musk as DOGE Administrator [a temporary Appointment position]and his direct appointments  staffers of USDS have been given unprecedented broad power to investigate, have access to Government Classified, secured documents and information offenses arising out of the insurrection acts of President Trump on January 6, 2021, the 2020 presidential election, and allegations involving the President, members of the White House staff, or presidential appointees and/or the Republican Legislators that may have supported the activities of that day Legislative.

16. This Presidential Executive Order has propagandized with claims of making government more efficient  veiling Defendants real intentions and goals;

a.      Sedition government

> -{bypass the regulatory requirements, processes and clearances for onboarding of [be it long term or temporary] contractors or employees accessing/handling of sensitive/confidential/classified/private/public/ Governmental - areas/data/information/Financial transactions/ information etc..}

b.      Such tactics of bat and switch to create chaos to weaken the infrastructures of our Democratic Government.

Bottom line Defendant Musk in conjunction with Defendant(s) Association-In- Fact Agencies {Private Contractors }Temporary Agency have been sanctioned to take over/ seized control of All Government Operations by weakening the integrity of departments and agencies such as been happening in pass month i.e. Federal funding freezes, thousands of federal employees fired or forced to resign because being told to do illegal activities by means of this Executive Order established the Modern Day - **CONSTRUCTION  MAFIA.**

17.      Presidential Executive Order legal intent of Sedition government came to implementation as direct Complicit legislation covenants by one single political party of the government first with the Republican Legislative Covenant of 2/6/2024 {H.Res.1001 - Expressing the sense of the House of Representatives that former President Donald J. Trump did not engage in insurrection or rebellion against the United States, or give aid or comfort to the enemies thereof.} then-by President Trump implying a new form of government (CONSTRUCTION MAFIA)take over with Presidential Executive Order of January 20, 2025 thereby giving a private citizen the unprecedented broad power to determine what constitutes "Rule of Law".

12.      The vagueness of this Presidential Executive Order January 20, 2025 does allow

Defendant Musk action and activities to go unchecked with all other Defendants and Majority Republican Legislators turning blind eye allowing him to exceed far beyond the Authority of Administrator of USDS and Special Employee status of Consulting Services to President Donald Trump.

13.     Elon Musk, USDS Administrator and The U.S. DOGE Service Temporary Organization and its Association -In-Fact having no legal limits or oversight have been Falsely working more than the number of days allowed and are doing functions that aren't really special government employee(s)responsibility's. At minimum these activities falls under the Ethics Of Government Act of 1978, Elon Musk and all Association-In-Fact financial disclosure must be publicly available "Rule Of Law"- to which none are in Violation of Federal Law.

14.     The Presidential Executive Order of January 20, 2025 as it relates to these matters have intentionally intermingled Congressional, Senate and Different Governmental Department's Constitutional "Rule of Law", procedures and purposes into this Executive Order that has created chaos throughout the Federal Government safely functioning mounting such formidable take over of high sensitive areas of the Federal Government, subsequently, allowing for patterns of gaping disparities fostering widespread wrongful activities within all Federal Government Departments and Agencies. Such ex parte way of governance redacts Plaintiff and other Citizens(similar) of Constitution and Civil Rights; also leaves the security of my and Other Citizens (similar), Private information, data, finances, health, safety, national security and yes LIVES in the hand of unknown strangers to do with as they choose depriving Plaintiff on others Citizens (Similar) of our Constitutional and Civil Rights -For which Plaintiff seek Reparation through the Court.

15.     Plaintiff out of fears and anxiety over the Information being released daily into the Public, I found myself trying to get control of these fears by trying to get some semblance of answers from the Federal Government departments and agencies that I have entrusted my lifelong information and financial earnings with only to encounter barriers of telephone numbers that have become inaccessible or

messages referring me to websites that provide nothing more than a "Sorry for the inconvenience".

## JURISDICTION AND VENUE

16.    This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 2201(a). Jurisdiction is also proper under the judicial review provisions of the Administrative Procedure Act,

17.    U.S.C. § 702. 5. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b)(2) and (e)(1). Defendants are United States agencies or officers sued in their official capacities. Plaintiff , Maryland Resident  is a resident of this district, and a substantial part of the events or omissions giving rise to this Complaint occurred and continue to occur within the Baltimore City District of Maryland.

## PARTIES

A.    **Plaintiff**

18.    Deborah Morris Pro Se is an elderly, disabled retired worker and former business owner that was born and lived in Philadelphia, Pennsylvania until 2015 but currently is a Resident of Baltimore Maryland. Plaintiff is considered a extremely low income person that relies solely upon Social Security income and Pay into Medicare for Health Insurance. To remain independent I have use of HUD /IRS tax credit Hi-Rise housing for Seniors and Disabled that is affordable and within a decent and safe area.

B.    **Defendants**

19.    Defendant Donald J. Trump is the President of the United States. He is responsible for the actions and decisions that are being challenged by Plaintiffs in this action and is sued in his official capacity.

20.    Defendant the United States Office of Management and Budget (OMB) is a cabinet agency within the executive branch of the United States government. The Office of Management and Budget is responsible for oversight of federal agencies' performance and the administration of the federal budget. 31 U.S.C. § 501.

21..    Defendant Matthew J. Vaeth is the Acting Director of the Office of Management and Budget, and that agency's highest ranking official. He is responsible for overseeing OMB, providing direction and leadership to the executive branch on financial management matters by establishing

financial management policies and requirements, including being responsible for authoring the OMB Directive and ensuring that its directions are implemented by all federal agencies that provide relevant funding and support. He is sued in his official capacity. 31 U.S.C. §§ 502, 503; "President Trump Announces Acting Cabinet and Cabinet-Level Positions" (Jan. 20, 2025) ("Acting Designations EO").

22.    Defendant  Stephen Ehikian is the Acting Administrator and Deputy Administrator Of The General Services Administration and that agency's highest ranking official. He is responsible for overseeing  GSA's nationwide real estate portfolio of over 360 million rentable square feet, over $110 billion dollars in products and services through federal contracts, and the delivery of technology services across dozens of federal agencies that serve millions of people.  He is responsible for overseeing GSA providing direction and leadership to the executive branch on financial management matters by establishing financial management policies and requirements, including being responsible for authoring the OMB Directive and ensuring that its directions are implemented by all federal agencies that provide relevant funding and support. He is sued in his official capacity. 31 U.S.C. §§ 502, 503; "President Trump Announces Acting Cabinet and Cabinet-Level Positions" (Jan. 20, 2025) ("Acting Designations EO"). As an appointee of President Donald J. Trump, he is to accelerate the adoption of technology throughout government, is to execute and implement government procurement expeditiously while working closely with the  U.S. DOGE Service Temporary Organization (Established Jan. 20, 2025).

23.    Defendant Elon Musk was appointed Temporary Administrator (Jan. 20, 2025) for the  U.S. DOGE Service Temporary Organization{Private Enterprise}(Established Jan. 20, 2025 - "Acting Designations EO")and holds the position of Temporary Special Employee acting as governed under **GENERAL SERVICES ADMINISTRATION** Washington, DC 20405  {GSA ORDER SUBJECT: Temporary and Term Employment and Appointments HRM9316.1A February 5, 2024}. Under  Presidential Order ( January 20, 2025 -"Acting Designations EO"), does deceptively Establishes such a dual Position – Elon Musk Appointment as to be President

9

Trump Personal Consultant acting as governed under **ADMINISTRATIVE PROCEDURE ACT -{5 U.S.C. §551 (2)(3) United States Code, 2017 Edition}** but exclusively at the **{WILL AND DIRECTING } of President Donald Trump.**

24.      Defendant the United States Department of the Treasury is a cabinet agency within the executive branch of the United States government. 31 U.S.C. § 301. The Department of the Treasury is responsible for ensuring the financial security of the United States.

25.      Scott Bessent is the Secretary of the Department of the Treasury and responsible for the operations of the Department of the Treasury, and management the finances of the United States. He is sued in his official capacity. 31 U.S.C. § 301.

26.      Patricia Collins is the Treasurer of the United States and responsible for the management of the finances of the United States. She is sued in her official capacity. 31 U.S.C. § 301.

27.      Defendants the  U.S. DOGE Service Temporary Organization{Private Enterprise} (Established Jan. 20, 2025 - "Acting  Designations EO")and holds the positions of Temporary Special Employees (Association-In-Fact)acting as governed under **GENERAL SERVICES ADMINISTRATION** Washington, DC 20405  {GSA ORDER SUBJECT: Temporary and Term Employment and Appointments HRM9316.1A February 5, 2024}.

<u>**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**</u>

**C.    STATUTORY FRAMEWORK RELEVANT TO PLAINTIFF COMPLAINT**

*a.    Constitution*

*i. Civil Rights Act  of 1866  & Civil Rights Act of 1964*

28 U.S.C. § 2671- Equals Rights under the Law

ii.  Civil Rights Act 1871 -  18 U.S.C. § 242, 18 U.S. Code § 1964

Civil action for deprivation of rights

iii. Bill of Rights

{Question of Constitutional Ninth Amendment, Unenumerated <u>Classism</u> Infringement}

Title 18 U.S.C. § 242 Deprivation of Rights Under Color of Law
    18 U.S.C. § 1964

iv. U.S. DOGE Service Temporary Organization{Private Enterprise}(Established Jan. 20, 2025) being established as a Independent Agency by Executive Order and not adhering to "Rule of Law"

{Under the Constitution, the "rule of law" when creating a federal agency means that Congress, through its legislative power, must establish agencies based on clear, publicly known laws outlined in the Constitution, ensuring that any new agency has a legitimate purpose and authority to operate within the bounds of the federal government's defined powers; essentially, no agency can be created without a clear legal basis in the Constitution, and all agencies must abide by its principles of accountability and due process.

**CHECKS and BALANCES**

The creation of a federal agency can be subject to oversight by the President and judicial review by the courts, ensuring that agencies act within their legal boundaries.

**CLEAR LEGAL MANDATE**

When creating an agency, Congress must clearly define its purpose, scope of authority, and regulatory powers to ensure it operates within the rule of law}

v. Elon Musk Two Position Created within January 20, 2025 Executive Order

- Special Employee- Principal Officer-Executive Function -  Direct Consultant of President Trump- 18 USC 202: Definitions

-Administrator of  U.S. DOGE Service Temporary Organization- Inferior Office Appointed by President Trump- ArtII.S2.C2.3.11.2 Early Doctrine on Principal and Inferior Officers & ArtII.S2.C2.3.11.3 Modern Doctrine on Principal and Inferior Officers

11

*-SPECIAL EMPLOYEE - APPOINTED BY PRESIDENT TRUMP*
*{Understand the Constitution The "Rule of Law" function regarding special employee appointments by the President, as outlined in the Constitution, is that such appointments must follow the "Appointments Clause" in Article II, Section 2, Clause 2, meaning the President must nominate individuals for these positions with the "advice and consent" of the Senate, ensuring that the selection process is subject to oversight and adheres to established legal procedures, preventing arbitrary appointments based solely on the President's will; essentially, no one is above the law, including the President when making special employee appointments*

**Checks and Balances**

*The Senate's "advice and consent" power acts as a check on the President's ability to appoint special employees, ensuring that the chosen individuals are qualified and not solely based on political affiliation.*

**Transparency**

*The nomination process allows for public scrutiny of potential special employees, promoting transparency and accountability*

**Legal Interpretation**

*Courts can review the legality of special employee appointments to ensure they comply with the Constitution's Appointments Clause}*

*-INFERIOR OFFICE- APPOINTED BY PRESIDENT TRUMP AS ADMINISTRATOR PER JANUARY 20, 2025 EXECUTIVE ORDER CREATING NEW EXECUTIVE AGENCY DOGE*

*{The Constitution's Appointments Clause allows Congress to create inferior officers, who can be appointed without the advice and consent of the Senate. This exception allows Congress to bypass the Senate confirmation process for less important positions.*

*The Appointments Clause distinguishes between principal officers and inferior officers.*

*Principal officers are appointed by the President with the advice and consent of the Senate*

12

*The Constitution does not give the president the power to appoint inferior officers without Senate confirmation, unless Congress has passed a law authorizing it.*

*"The clause also says that a president may appoint "inferior officers" without Senate confirmation, but only if Congress has passed a law explicitly authorizing the positions. Trump created the DOGE by executive order without involvement from Congress."*

**Legal Interpretation**

*The court should considered factors like whether the officer has the power to make final decisions and whether they are protected from removal.}*

28.     The American Constitution wasn't founded to be a strict rule book more a written down Paradigm - a model and pattern that explains the underlying spirit, while outlining the shape. Our Constitution created such Paradigm to our particular system of Democratic Government specifying National Liberties and Laws in which our Society must operate. Principal are established and boundaries are created  that make own framework of laws by which this country is governed.

29.      Founding Fathers thou elites created three branches of government under the Constitution to prevent any single branch from becoming too powerful, establishing a system of "checks and balances" where each branch can limit the power of the others, ensuring a balanced distribution of authority and safeguarding against tyranny; the concept  known as "separation of powers.". U.S. Federal Government is made up of three branches: legislative[ congress and senate], executive[president] and judicial [courts]. This was done to ensure the government is **effective and citizens' rights are protected**, each branch has its own powers and responsibilities, **including working with the other branches.**

The United States is to be a representative democracy.  Executive and Legislators are elected by citizens.  We Citizens vote for those government officials. These officials working TOGETHER under oath to the **CONSTITUTION** are to represent "**WE THE PEOPLE**" ideas and concerns in government through the making of **LAWS FOR THE GOOD OF ALL PEOPLE**  .

13

30.     In its original form, the Constitution did not fully provide for what is now called a liberal democracy -a system with free and fair elections, individual rights, limits on the power of the majority as well as government officials, and the **Rule of Law.** Over the past 233 years, a modern liberal democracy ultimately, though painfully, emerged--based both on the verbal Legislative promises now contained in an amended Constitution as well as informal norms as contained in an Executive Order.

31.     Our Democratic system depends on a delicate balance-- government strong enough to capably respond to pressing national problems, yet not so unchecked that officeholders are able to shrug off limits on power and rule by dictatorship. A government too weak to carry out its responsibilities is a failed government. A government with a president who **rejects the notion of limits on his or her power** is a failed government.

32.     Elected officials are to be the watchmen of the Constitution who's allegiance should be indisputable whenever it comes to preserving this nation Constitution and its fundamental law that establishes the core values of our nation, also, protecting the Rights of "We The People" that selected them-no matter what side of the aisle your seat is on, whether in Congress or Senate. During the ebb of this Country times "We The People"are in the midst of a failed governmental body that have been derelict in their duties while asleep at their elected post.   This failed government body is the direct result of allowing itself to be Politicalized rather then being "CONSTITUTIONALIZED" causing chaos within the legislative body and classism to dictate Legislation.

33.     This failed Government have forsaken "We The People" and allowed Plaintiff and others folks in this country Constitutional Rights to be hauled away and given over to the Private hangman(s)of Elon Musk and DOGE to dispose of - solely with the stoke of pen on such Presidential Executive Order of January 20, 2025 by President Donald Trump for his revenge against the opposition Political Party with no empathy for anyone (even those everyday people who voted for [both Republicans and Democrats] him) in his ultimate goal of having a Seditious Government ruled by the Elite and rich.

34.     The fact that a coup by the Republican Party is being conducted within the Legislative Body and President Trump is not being immediately impeached and removed from office is a sign of

profound democratic erosion. In a functioning system, Republicans would be joining with Democrats to immediately remove Trump from office or use its tools to stop the January 20, 2025 Executive Order this ' complaint is about and all the illegal Executive Orders he keeps pushing out almost daily.

Rather the Republicans have diabolically embraced Defendant activities with underhand creations of legislation covenants - doing so underhandedly { **CRGN 9** *UNDER HAND - under the signature of two authorized officers*}**within their chambers that need only to have a quorum of acceptance within their respective Republican Party.** Such provisions of covenant legislation that targets other members of legislative members for the purpose of retaliation (i.e. Black Congressmen Bernie Thompson-Legislation covenant censuring him, Legislation covenant misrepresenting Classism as being "(1) recognizes critical race theory and its derivatives as a form of Marxist ideology", legislation covenants giving Musk and his temporary staffers - **Stipulation**: statements under the guidance of that legislation that something must happen or be done such as in targeted firing of employees in agencies and departments that programs and services have been established by Law to protect extremely low income/Low income and moderate income people [97 % are elderly, disabled and working class people/ families in this country who' monthly income range between $1,200 and $3,600 ] in this Country. Clearly speaking to the point of having most families with children having to have two incomes just to make ends meet and families are struggling to get decent affordable housing and basic healthcare. Most cities are struggling to make affordable housing available to all its citizens but particularly challenging to make them affordable and accessible to the elderly and disabled people that mostly depend on Social Services Benefits or Veterans Benefits. Average Rental in a decent area today market for 1 bedroom is no less than $1,000 - not including utilities{Class Discrimination targeted people}) such as {Class Action Settlement of Thompson V. HUD -Civil

Action No. MJG 95-309 -1995 until 2027}that directly benefits Plaintiff as a extremely low income person and Other Citizens (similar)that rent in a senior building that receives HUD subsidies and IRS Tax Credits. Left up to Defendants Supreme Court settlements that correct wrongdoing (for Us folks that aren't rich or elite) will just disappear causing Plaintiff and Other Citizens (similar) to live in substandard conditions or possibly be forced to be homeless and living under bridges (homeless) without any recourse - along with other Class Action SETTLEMENTS (that have gone through the Courts for years- then finally determined Rights had been infringed upon under the Constitution) for extremely Low/low and Moderate Income people in this country. Plaintiff real fear after have worked from the age of 14, owned my own business and homes, husband worked long hours, put two children through college then suddenly our lives changed from medical problems and death of a spouse.

### **DEPRIVATION OF RIGHTS AND FALSE CLAIMS**

One Small Part

35.     While most members of DOGE appear to have been hired as "special government employees" under the color of 18 U.S.C. § 202(a), many of the DOGE members given access to BFS were not employees of Treasury, a violation of the Privacy Act. In addition, when these special government employees' 130 days of federal service is up, they will be able to return to positions in the private sector.

36.     The conduct of DOGE members presents a unique security risk to Plaintiff and Other Citizens (Similar) whose data is held by BFS, given that DOGE employees have already reportedly set up an unauthorized commercial server at another federal agency without a privacy impact assessment as required by the 2002 E-Government Act. Access by DOGE employees to BFS is likely to present even greater risks to the security and privacy of Plaintiff and other Maryland residents' data.

16

37.    Unsecured data is susceptible to cyber attacks and identity theft. Identity theft would have a significant impact on Plaintiff, beyond the financial well-being of Plaintiff.

38.    DOGE has rapidly accumulated immense power within the Trump administration, and there is reason for Plaintiff to be concerned that Treasure payments are beginning to be blocked that include HUD program grants and housing subsidies. Responding to a social media post about certain federal program grants awarded by the Department of Health and Human Services disbursed by BFS, Musk put it more directly in a post on February 2, 2025 – the day he and his DOGE team gained access to BFS's payment systems: "The @DOGE team is rapidly shutting down these illegal payments." DOGE Defendants have not provided any basis to assert that transactions pursuant to numerous federal programs created to carry out laws duly enacted by Congress are "illegal payments." Nor have they identified any authority in DOGE, or BFS for that matter, to "shut[] down" payments. These stopped federal programs payments have direct impact on the quality of Plaintiff Life as an elderly, disabled person living solely on Social Security as well as Other Citizens (similar) in the Country.

39.    Secretary Bessent's implementation of Treasury's new broader access policy, allowing Musk and his DOGE team 62 to access BFS's payment systems, was adopted without any public announcement or explanation. To date, Defendants have provided no reasons at all to justify the new policy, nor did Treasury conduct a privacy impact assessment prior to implementing the change.

40..    According to public reporting, access by Mr. Musk, Mr. Krause, and other unidentified DOGE team members  under the new policy to BFS's payment systems includes "administrator-level privileges, including the ability to write code on the Payment Automation Manager [(PAM)] and the Secure Payment System [(SPS).

41.    "Administrator level" privileges includes the ability to log into agency servers through secure shell access, navigate the entire system file, change user permissions, and delete or modify files, including critical files.

42.    Administrator level" access allows the user to have more than a "read only" functionality within the information system.

43.    Even before its inception, DOGE members sought sensitive data information about the

Treasury Payment Systems, including the code underwriting the Treasury payment systems. Consistent with policy, a non-Treasury employee was denied access from any such information or access at that time. By Jan. 29, 2025, however, Secretary Bessent changed policies and granted Mr. Musk and his DOGE team members access to the BFS Treasury payment systems. By granting DOGE members to access, the agency ignored the already existent policies and practices put into place to maintain the security of Treasury's sensitive systems. Secretary Bessent failed to offer any reasoning or findings as to why Treasury would change policies in contravention of the privacy policies.

### *The prior policy in place under Acting Secretary Lebryk*

44.     Upon information and belief, Musk and DOGE had signaled interest in accessing the Treasury systems between December of 2024 through January 20, 2025, but any of Musk's particular requests to access the Treasury systems was denied by then-Acting Treasury Secretary David Lebryk.

45.     Upon information and belief, in connection with his role working with DOGE, Krause previously sought, but was denied, Treasury code information from Lebryk.

46..     According to public reporting, despite DOGE team's representations that their goal was "to undertake a review of the [Treasury's] system," as evidenced in a Jan. 24, 2025 email exchange, Krause's DOGE-affiliated push for access to the Treasury payment system were actually intended to "receive access to the closely held payment system so that Treasury could freeze disbursements to the U.S. Agency for International Development ("U.S.A.I.D.")- sources reported from the New York Times.

47.     Emails identified in the public reporting stated the that the purpose of Mr. Krause's DOGE-related access to the system was to "pause U.S.A.I.D. payments and comply with Mr. Trump's Jan. 20 executive order to halt foreign aid."

48.     According to public reporting, Lebryk denied the request to grant Krause access

to the systems; in a Jan. 24, 2025 email, Lebryk wrote, "I don't believe we have the legal authority to stop an authorized payment certified by an agency."

49.     Upon information and belief, shortly after Lebryk denied Krause's access, Defendant Bessent placed former Secretary Lebryk (a career civil servant) on administrative leave, eventually pushing Lebryk out of the job days later, before granting Musk's DOGE access request to the Treasury systems.

50.     According to public reporting, in further communicating about the denial of his access request, Krause urged Treasury to "hold payment at least to review the underlying payment requests from U.S.A.I.D. now so that we can be given more time to consult [the] State [Department].

51.     From January 20, 2025 to February 21, 2025 The White House and Republicans have claimed, without citing details, that DOGE is accountable to the president and will be kept away from conflicts of interest but so far as a Private Citizen and Private Temporary Agency {Constitution "Rule of Law"} have seized control of more than 20 Federal Government Departments and Agencies that have directly affected my medical insurance , housing, transportation, food, privacy, safety and freedom.

52.     As a direct result of this January 20, 2025 Executive Order Plaintiff has been subject to fraud, extortion and false statements from unknown companies of monies owed to them for unknown debts and fees. During the year 2024 filed a complaint with Medicare for fraudulent billing me for $10,000 in one month by a Company out of Texas for COVID in home testing kit that was being investigated by their department. This month received a debit collected notice  allegedly for outstanding payments of $10,000 to that Company in Texas. My claim is

still open but because of this take over by DOGE I have not been able to get in touch with anyone within Medicare for help. This debt is now being listed on my credit report. That's just one of three different fraudulent things that have occurred in my life just over the last month.

53.     February 20, 2025 correspondence was sent to Scott Turner Secretary U.S. Department of Housing and Urban Development from a number of U.S. Senators listening concerns regarding DOGE intent to just go into HUD program and close down programs and cut funding and staff would any legal cause to do so.

This too Defendants have overtly used their positions to justify their unlawful conduct and activities. Unlawful activities such as using media venues to promote basis claims of Fraud and Misappropriation of funds.

HUD has its own Department under the office of Inspector General that handles any such criminal activities of FRAUD - Not HUD programs and services divisions. Any criminal investigation and prosecution are done through OAG and Federal Court.

Further under HUD **Legislative <u>HOUSING TRUST FUNDING</u>** have been set up that all States must pay into as an assurance that certain funds are available to ensure prior Federal Housing Settlements {i.e. Thompson v. HUD 1995-2027} are being done per the Supreme Court Order. HUD have annual audits and reports that must be submitted to the Congress and Senate

**{The U.S. Department of Housing and Urban Development's (HUD) Office of Inspector General (OIG) conducts annual audits of HUD's financial statements. These audits assess whether the financial statements are accurate and that internal controls are adequate**

**What is the purpose of the audits?**
**To ensure that HUD's financial reporting is accurate and in compliance with regulations**
**To identify any deficiencies or weaknesses in internal controls**
**To identify any noncompliance with laws, regulations, contracts, and grants agreements }**

for review and hearings are conducted in Order to determine each physical year Budget that is included in the Federal Capital and Spending Budget. This annual budget also covers the expenses submitted from HUD OAG (Under the OIG Department)investigatory and prosecution costs.

All Departments and Agencies under HUD are Federal Civil Servants and the only Procurements are short term contracts with specific requirements such as audits on area with HUD needing expansion or improvement and required funding to make it happen and be maintained- that too are Audited by the OIG and if fraud found it would be determined by OIG and then prosecuted by OAG through the Courts for any recovery.

Not some lies as being propagandized by Elon Musk and DOGE with the direct approval from President Trump and the egging on by members of the Republican Party with their own silence on these serious crimes.

54.    DOGE (Private) Temporary Agency even being permitted to  have access to any of HUD highly sensitive,  confidential and classified databases, records, TRUST FUND matters to make any kind of decisions would be in violation Supreme Court Settlements Orders that Protects Plaintiff and others Protected Class of People though out the Country just like me. Further DOGE (Private) Temporary Agency activities rises to criminality since presenting to the Senators such lies that DOGE (Private) Temporary Agency was given such powers of checks and balance of a Federal Legislative "Rule of Law"  applicable to  HUD clearly states the pattern of Malfeasance that is occurring within that DOGE Temporary Agency. Such intentional malfeasance by  (Private) Elon Musk as the Administrator and DOGE (Private) interim newly

**<u>CREATED AGENCY</u>** {Byway of January 20, 2025 Presidential Executive Order}places

Plaintiff and others Class of Citizens like me at the ebb of being homeless or even having to live

on the streets- this is reality for me -almost 75,  disabled extremely low income and other Class

of Citizens like me…

    Be mindful HUD cross throughout many different areas of FEDERAL GOVERNMENT

i.e. IRS, Banking, Justice Department, Commerce and yes even the COURTS and does not

limit this agency to the United States for HUD is stationed throughout the world as is the

Treasury Department requiring different levels of security and oversight and standards. So is the

claim of Defendants that such (Private) Temporary Agency of DOGE is authorized to have

access to all such infrastructure of HUD to determine FRAUD AND WASTE.

    HUD is often associated with a Building {Real Estate} but the entire picture is HUD

assigned to the acquisition and control of **<u>LAND</u>**  {REAL PROPERTY} that those buildings set

on. Therefore allowing such Private Sector to have access to the knowledge of ALL **LAND**

**owned by the Federal Government will** give a Private Citizen injunction with Government

officials the opportunity to buy up all prime **FEDERAL OWN LAND** to be used as they wish

to [how back door deals are cut]- once out of Office [ as the saying goes "where's there Chaos

and Confusion there's a PROFIT TO BE MADE]

        i.e. **Stephen Ehikian Acting GSA -** tie end to this  Executive Order Plan

        -Ukraine Land, Gaza Strip Land, Green Land, Panama Canal and even Canada Land

 Reality check here there is not one single person or part of DOGE that has the expertise to call

or determine specific fraud or waste in HUD or any Federal Government agency such cases are

done through teams of experts over long periods of time. At times needing to call in other

Federal agencies such as "The Army Corps of Engineers" or Private Contractors that are certified and listed within Federal Procurement Department (completely different Departments from HUD) but are Audited by OAG and annually reported to Congress and Senate. Allowing this malfeasance to continue is not only a threat to Democracy in this Country but a threat to **MY LIFE** and others **Protected Class** Citizens just like Plaintiff from which only Reparations, Relief and **PROTECTION** can come from the **COURT.**

55.     Plaintiff believes I am not the only Citizen experiencing this kind of damage to our lives but because of limited resources cannot stop this madness created by Defendant President Trump January 20, 2025 Executive Order that created DOGE and Its Administrator Position to operate outside of "Rules of Law" that has been supported by Political Covenants and Private Interests Groups.

56.     Many Lawsuits have been filed by Attorney General, Unions and Governors via legal teams with J.D. more understanding of the legal system and laws that are coming together championing the cause of Democracy.

57.     Plaintiff Pro-Se with C.C. (Constitution Common Sense) as guaranteed under the Constitution, brings to this Court the humble Voices that are kept unheard merely because of our Class. Plaintiff thereby do bring first hand testimony ( of my and others citizens such as me) ascribing the facts for this Court may have evidence that leads no reasonable doubt of the Harm that Defendants Acts have brought about upon Plaintiff and others who are in a Class of People just like me.

## CAUSES OF ACTION

**D.**    **{Executive Order  not only on the grounds that the President Trump lacked authority to issue the Order in this case and the Order  is found to be unconstitutional in substance.}**

56.    The Plaintiff reallege and incorporate by reference the allegations set forth in the preceding paragraphs.

57.    Court upon "reasonableness review" of both statutes and executive actions will find the limiting of Plaintiff rights to life, liberty, freedom and safety. There is no separation of power between Congress/Senate and the Executive such Executive Order places no checks on the Executive Power.

This is a moment of National Crisis.

**E.**    **{ Violations of Plaintiff Constitutional and Civil Rights as relevant to "THE PRIVACY ACT and Remedy to Segregation in Housing - Handling of Plaintiff Private Information By Private Temporary Agency and Individuals without my Consent to use for own private personal Benefits }**

58.    The Plaintiff reallege and incorporate by reference the allegations set forth in the preceding paragraphs.

59.    5 U.S.C. § 552a(a)(1) – Agency -  "[T]he term 'agency' means any Executive department, military department, Government corporation, Government controlled corporation, or other establishment in the executive branch of the [federal] Government (including the Executive Office of the President), or any independent regulatory agency.

The White House, federal courts, and entities merely linked to the government are not "agencies." With regard to the White House, courts have held that those components of the Executive Office of the President whose sole function is to advise and assist the President are not

24

"agencies" for purposes of the Privacy Act. Courts have held Private entities are not "agencies."

> [courts have consistently ruled that private entities, meaning companies or individuals not directly part of the government, are not considered "agencies" as defined by the law, which typically refers to government departments, commissions, or boards appointed by the President; therefore, they cannot be subject to the same regulations and oversight as

government agencies]

For such entities of DOGE Temporary Agency (Association-In-Fact) activities of complicity involving invasion of Federal IT systems, Databases, Records, informational systems, Supreme Court Orders interruption of any kind does violate Plaintiff Constitutional , Bill of Rights and Civil Rights.

60.     5 U.S.C. § 552a(a)(2) – Individual [Defendant Elon Musk-The "Special Employee"] Courts have held should only have access to any of Plaintiff Information understand the "Freedom of Information Act" and his individual standing does not give him the privileged to access any of my Personal or private Information nor other Citizens Personal or private information without my/our direct consent or permission. Direct Violation of my and others Constitutional, Bill of Rights and Civil Rights.


**F.    {Violation of Plaintiff Constitutional and Civil Rights  - under  "THE FALSE CLAIMS  ACT" AS Relevant within the RICO ACT  31 U.S. Code § 3729,  18 U.S. Code § 287 - False, fictitious or fraudulent claims- False claims- Plaintiff consumer protection, commercial fraud, bribery, official corruption, and security violation}**

60.     Defendants -Elon Musk, USDS Administrator and  The U.S. DOGE Service Temporary Organization and its Association -In-Fact having no legal limits or oversight have been Falsely working more than the number of days allowed and are doing functions that aren't really special government employee(s)responsibility's of which none have made Public any Financial Disclosure as

25

required under the Ethics Of Government Act of 1978.

Defendants ongoing pattern activities of not making Public any financial Disclosures as required under Federal Law just confirms the total disregard of the laws for which President Trump Executive Order of January 20, 2025 claims would be adhering to.

61.    Defendants wrong doing activities has been tied to foreign affairs such as "Grant Contract for State-owned Construction Land Use Right in Shanghai City (Category of Industrial Land Use Project)" shielded by political influence thereby preventing ethical requirements for Elon Musk or DOGE to be submitted for review subsequently there has not been any filing of required forms or documents as required by law under the Constitution. DOGE (Private) Temporary Agency have been permitted to methodically dispose of classified documents and materials -with the Republican's party endorsements- part of the strategic plans to cover up the insurrection act of January 6, 2021 and thereafter other wrongful acts against the Federal Government undertaken in the language within the Executive Order of January 20, 2025 being -DOGE Agency created to elimination of fraud and wast within Federal Government but rather has been created such patterns of activities more -association in fact- with **Construction Mafia** .

62.    Attached Exhibits are very small synopsis of relevant material facts that are fairly traceable injury in facts to Defendants actions in these matters and case.

## PRAYER FOR REPARATIONS AND RELIEF

**WHEREFORE**, Plaintiffs respectfully prays that this Court enter an order against the Defendants as follows:

63.    Do so Declare the Presidential Executive Order of January 20, 2025 known to be "THE WHITE HOUSE ESTABLISHING AND IMPLEMENTING THE PRESIDENT'S "DEPARTMENT OF GOVERNMENT EFFICIENCY" PRESIDENT EXECUTIVE ORDER CREATED A NEW AGENCY - have been Order to exist without regard to legislative procedure "Rule of Law" and authority vested by the Constitution. For such matters within the Order would

require full legislative review and hearings to determine whether the DOGE Temporary Agency -
"Department of Government Efficiency" does meet Requirements under All Federal Laws and be
the determining body of its existence. Further this Order lacks any provisions for Public
engagement.

64.    Do so Declare the Presidential Executive Order of January 20, 2025 does Violate
Plaintiff (and other Persons in commonality)Constitutional,  Civil Rights and Bill of Rights.

65.    Issue a temporary restraining order and preliminary and permanent injunctions
barring  Defendants from granting access to Treasury Department payments or any other data
systems maintained by the Treasury Department containing personally and private identifiable
information and/or confidential financial information of payees to any person unless that person
has passed all background checks, security clearance, and information security training called for
in federal statutes and Treasury Department regulations, and otherwise excluding permanent
political appointees and special permanent government employees.

66.    Plaintiff ask the Court to overturned the President Executive Order of January 20,
2025 as relevant to this case for lack support by statute(s), "Rule of Law" and the Constitution
then Ordering all Federal Agencies and Departments directly disabled by the Actions of the
Order to be Protected and restored to fully functional and Federal Civil Service Staffed
immediately in the best interests of Plaintiff/Public Privacy, Safety and National Security.

67.    Plaintiff ask the Court to take the extraordinary measures {per the Court
authorized to do so under Federal Rule of Civil Procedure [Rule 66]} to Appoint special
receivership- over  (Private) Defendants -Elon Musk, USDS Administrator and  The U.S. DOGE
Temporary Agency Services and its Association -In-Fact (staff)  - responsible to the  Court with

Government/legal expertise to supervise the implementation of the extraordinary remedy of halting this Private Agency {Enterprise}operations that have willfully seized wrongful control of functions and operations of the Federal Government Departments, Agencies, Courts and Military thereby ensuring no further damage and harm comes to the Public because of compelling evidence of serious issues involving imminent threat to Plaintiff & Public funds, Regulatory non-compliance and National security.

68.     Grant such further relief as the Court deems just based on the facts and applicable.

69.     Order such other relief as this Court deems just and equitable.

Respectfully Submitted,                          Date: February 25, 2025

Deborah Morris- Pro Se
301 McMechen St. Apt. 814
Baltimore, MD. 21217
(302) 298-4253 deborahm404@gmail.com

Defendants Contact Information

1.      U.S. President Donald Trump
        The White House
        1600 Pennsylvania Ave., N.W.
        Washington, D.C. 20500
        (202)456-1414

2.      Elon Musk- USDS Administrator
        The U.S. DOGE Service Temporary Organization
        1650 17th. St., N.W.
        Washington, D.C. 20006

3.      The U.S. DOGE Service Temporary Organization
        1650 17th. St., N.W.
        Washington, D.C. 20006

4.      Matthew J. Vaeth- Acting Director
        Office of Management and Budget
        1650 17th. St., N.W.
        Washington, D.C.20006

5.      Stephen Ehikian
        U.S. General Services Administration
        1800 F Street, N.W.
        Washington, DC. 20004

6.      Scott Bessent
        Department of The Treasury
        1500 Pennsylvania Ave., N.W.
        Washington, DC. 20220
        (202) 622-2000

7.      Patricia Collins
        Department of The Treasury
        1500 Pennsylvania Ave.,N.W.
        Washington, DC. 20220
        (202) 622-2000